■ CLARENCE PORATH, Appellant, v ROSWELL BOWEN, as Administrator of the Estate of LOREN BOWEN, Deceased, Respondent.—Appeal from an order of the Supreme Court at Special Term, entered October 13, 1977 in Montgomery County, which, *inter alia,* denied plaintiff's motion for summary judgment. Order affirmed, without costs and without prejudice to a

renewal of plaintiff's motion following the completion of the pending examination before trial, if he be so advised. No opinion. Mahoney, P. J., Sweeney, Kane, Staley, Jr., and Herlihy, JJ., concur.